**Bobbie Gene CRAY, Plaintiff–Appellant,**

v.

**DEPARTMENT OF the ARMY, Board for Correction of Military Records, Defendant–Appellee.[1]**

No. 06–5456–cv.

United States Court of Appeals, Second Circuit.

Nov. 25, 2008.

Bobbie Gene Cray, Buffalo, N.Y., pro se.

Mary E. Fleming, Assistant U.S. Attorney, for Terrance P. Flynn, U.S. Attorney for the Western District of New York (Major Jerrett W. Dunlap Jr. on the brief), for Appellee.

PRESENT: Hon. GUIDO CALABRESI, Hon. CHESTER J. STRAUB and Hon. REENA RAGGI, Circuit Judges.

**SUMMARY ORDER**

Plaintiff–Appellant Bobbie Gene Cray appeals the Magistrate Judge's dismissal of his complaint. We hold, for substantially the same reasons as the District Court, that we lack subject matter jurisdiction over his claims. We have considered all of Plaintiff–Appellant's arguments and have found them to be without merit. Accordingly, the judgment of the District Court is **AFFIRMED.**